UNITED STATES DISTRICT COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re: ALLAN A. HAYE**<br>     Debtor | CASE NO. 24-2999<br><br>**CHAPTER 7 BANKRUPCTY**<br>U.S. Bankruptcy Court Southern District of New York<br> CASE No. |
| **JAMES ALLEN, ALLAN HAYE AND ROBERT L.THOMAS**<br>     *Plaintiffs*<br>vs.<br><br>**PCF INVESTMENTS INC ITS SUBSIDARY PCF PROPERTIES IN TEXAS LLC.**<br>     *Defendant Third  Party Defendants*<br>vs.<br><br>**JAMES M. ANDERSEN AND ELIZABETH THOMAS**<br>     *Third Party Defendants* | **Removed from 80th District Court**, Harris County, Texas Cause No. 2020- 35780 |

**SUGGESTON OF BANKRUPCTY**

   **PLEASE TAKE NOTICE,** that on August 12, 2024 Debtor James M. Andersen **filed** a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court Southern District of Texas under cause No. 24-80232. The Co-Debtors are James Allen, Robert L. Thomas, Elizabeth Thomas and Allan Haye. See Exhibit A and B.

   Pursuant to Section 362 of the Bankruptcy Code, the filing of the Petition operates as a stay of:

   a.   The <u>***commencement***</u> or continuation, of a proceeding against the Debtor that was or could have been commenced before the commencement of the case under this Title, or to recover a claim against the Debtor that arose before the commencement of the case under this Title**;**

1 | P a g e

b. The enforcement, against the Debtor of a judgment obtained before the commencement of the case under this Title;

c. Any act to collect assets, or recover a claim against the Debtor that arose before the commencement of the case under this title;

d.. Any act to set off of any debt owing to the Debtor that arose before the commencement of the case under this Title against any claim against the Debtor; and

Accordingly, pursuant to the provisions of 11 U.S.C. $362, the automatic stay prohibits any further action against the Debtor and co-debtors in this proceeding until such time as the Bankruptcy Court may order otherwise.

In addition, pursuant to Section 108 of the Bankruptcy Code, the filing of the Petition operates to ***extend the period*** within which the Debtor and Co-Debtors may, among other things, file any pleading, commence an action, cure a default, or perform any other similar act fixed by non bankruptcy law, an order entered in a non-bankruptcy proceeding, or an agreement, if such deadline has not expired prior to the filing of the Petition.

Respectfully submitted

/s/*James M. Andersen*
James M. Andersen
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554 1
Tel. (281)488-2800
Fax. (281)480-4851
E-Mail:jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2024 a copy of the foregoing document was served via e-mail and U. S. Mail, postage prepaid, to:

Elizabeth Thomas
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com

James Allen
256 Andover Dr.
Doraville, GA 30360
jamesallenthegreat74@gmail.com

Robert L. Thomas
3400 Cypresswood
Houston Tx. 77070
Robert9thomas@yahoo.com

Allan A. Haye
4548 NW 6th Ct
Ocala FL 33475
ahaye0573@gmail.com

PCF Properties in Texas LLC
1942 Broadway St Ste 314c
Boulder, CO 80302.
pcfpropertiesintexasllc456@gmail.com

Attorney Alzadia Spires
17515 Spring Cypress Rd #C602
Cypress Texas 77429
Tel: (713) 417-4662
alzadia@spireslawfirm.com

Attorney for PCF Properties in Texas LLC

By:/s/*James M. Andersen*