UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case No. |
| **JAMES MICHAEL ANDERSON** | § | **24-80232-H2-13** |
| *Debtor(s)* | § | Chapter 13 |
| **JAMES MICHAEL ANDERSON** | § | ADVERSARY NO. 24-8005 |
| *Movant(s)* | § | |
| vs. | § | CONTESTED MATTER |
| *Respondent* | § | |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE (DO #9)**

YOU ARE HEREBY NOTIFIED that the NOTICE OF APPEARANCE (DOCKET ENTRY NO. 9), is hereby withdrawn.

*Respectfully submitted,*

  /s/ John V. Burger
**John V. Burger**
State Bar No. 03378650
4151 SW FRWY #680
Houston, Texas 77027
(713) 960-9696 telephone
(713) 961-4403 facsimile

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on or before _____8/19/24_____, a copy of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, to the following parties.

  /s/ John V. Burger
**John V. Burger**

Tiffany Castro, Trustee, Trustee
9821 Katy Freeway, Suite 590
Houston, TX  77024-1294   (EC)

James Allen
256 Andover Dr.
Doraville, GA 30360

James Michael Andersen
1609 Milam Street
La Marque, TX 77058

Allan A Haye
4548 NW 6th Ct
Ocala, FL 33475

PCF Investments Inc.
1942 Broadway St
Ste 314c
Boulder, CO 80302

Elizabeth Thomas
712 H Street NE
#2487
Washington, DC 20002

Robert L Thomas
3400 Cypresswood
Houston, TX 77070