UNITED STATES DISTRICT COURT
SOUTHERN OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In re: James M. Andersen                Debtor | Chapter 13   Case No.  24-80232-H2 |
| In re: Non-Existent P.C.F. Properties in TX, LLC. *Plaintiffs* vs.  James M. Andersen, Elizabeth Thomas, Jasmine B .Jarbis, Jireh Pitts, and Monique Moore   et al., *Defendants* | Adv.  No. 24-08005 |

### AMENDED FILING OF STATE COURT RECORDS FOR MISC DOCKET 2020-35780 WITH W ITH NEW PARTIES

| No. | Date Filed | Document | New Filing Party |
|---|---|---|---|
| Exhibit 1 | July 11, 2024 | New Misc Petition/Motion initiating a **new Case** | P.C.F. Properties in TX, LLC, against, James M. Andersen Elizabeth Thomas, Jasmine Jarbis, Jireh Pitts, Monique Moore and Shelvy Spires et |
| Exhibit 2 | July 11, 2020 | Proposed Order | same |

Movant will supplement this list when necessary

Dated: August224, 2024

Respectfully submitted,

By:/s/*James M. Andersen*
James M. Andersen Pro, Se
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Jandersen.law@gmail.com

**CERTIFCATE OF SERVICE**

2 | P a g e

The undersigned certifies that on August 22, 2024  a copy of the foregoing document was served via e-mail and U. S. Mail, postage prepaid, to:

                                             Elizabeth Thomas
                                             712 H Street NE #2487
                                             Washington DC 20002
                                             elizthomas234@gmail.com


                                             By:/s/*James M. Andersen*