UNITED STATES BANKRUPCTY COURT
SOUTHERN OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>Debtor | CHAPTER 7 BANKRUPCTY<br>CASE No. 24-08005 |
| JAMES ALLEN, ALLAN HAYE<br>AND ROBERT L.THOMAS<br>    *Plaintiff*<br>vs.<br><br>PCF INVESTMENTS INC ITS SUBSIDARY<br>PCF PROPERTIES IN TEXAS LLC.<br>    *Defendant Third Party Defendants*<br>vs.<br><br>JAMES M. ANDERSEN AND ELIZABETH THOMAS<br>    *Third Party Defendants* | ADV. No. , **24-80232** |

**FILING OF STATE COURT RECORDS FOR CAUSE NO. 2020-35780**

| No. | Date Filed | Document | Filing Party |
|---|---|---|---|
| Exhibit-1 | June 6, 2020 | Original Petition | Plaintiff James Allen |
| Exhibit -2 | June 22, 2020 | First Amended Original Petition | Plaintiff James Allen |
| Exhibit-3 | July 20, 2020 | Defendant Answer and Counter-Claim | PCF Properties in Texas LLC |
| Exhibit-4 | July 28, 2020 | Third Amended Petition | Plaintiff, Allen and Haye |
| Exhinit-5 | August 12, 2020 | Third Party Claims | PCF Properties in Texas LLC |
| Exhibit-6 | January 29, 2021 | Motion for SMJ | PCF Properties in Texas LLC |
| Exhibit 7 | March 30, 2023, | Amended Petition | Plaintiffs Allen, Haye and Thomas |

2 | P a g e

Movant will supplement this list when necessary

Dated: September 9, 2024

Respectfully submitted,

By:/s/*James M. Andersen*

James M. Andersen Pro, Se
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800

3 | P a g e

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2024 a copy of the foregoing document was served via e-mail and U. S. Mail, postage prepaid, to:

Elizabeth Thomas
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com

PCF Properties in Texas LLC
1942 Broadway St Ste 314c
Boulder, CO 80302.
pcfpropertiesintexasllc456@gmail.com

Attorney Alzadia Spires
17515 Spring Cypress Rd #C602
Cypress Texas 77429
Tel: (713) 417-4662
alzadia@spireslawfirm.com

Attorney for PCF Properties in Texas LLC

By:/s/*James M. Andersen*