1 | P a g e

# UNITED STATES BANKRUPCTY COURT
# SOUTHERN OF TEXAS
# GALVESION DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>        Debtor | Case No. 24-80232<br>Chapter 7 |
| JAMES M. ANDERSEN et al,<br>        *Petitioning Creditors*<br><br>vs.<br><br>PCF INVESTMENTS INC ITS SUBSIDARY<br>PCF PROPERTIES IN TEXAS LLC.<br>        *Debtors* | Adversary No. 24-80232 |

**NOTICE DOCKET NO. 7 HEARING FOR REMAND ORDER IS MOOT**

**TO THE HONORABLE JUDGE ALREDO R. PEREZ**

On August 16, 2024, P.C.F. Properties in TX, LLC, filed a Motion to Remand [Doc. 7] remand the case formerly styled as In re P.C.F. Properties in TX, LLC, MISC Docket 2020-35780 back to the 80th District Court, Harris County Texas, to cause No. 2020-35780, is moot.

*CAUSE NO. 2020-35780

| | | |
|---|---|---|
| JAMES ALLAN, ROBERT L. THOMAS<br>and ALLAN HAYE,<br>     *Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>PCF PROPERTIES IN TEXAS, LLC, ET<br>AL<br>     *Defendant/Third-Party Plaintiff* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>80th JUDICIAL DISTRICT<br><br>HARRIS COUNTY, TEXAS |

MISC. DOCKET NO. 2020-35780

| | |
|---|---|
| In Re: A Purported<br>Lien or Claim Against Real Property Owned by<br>P.C.F. Properties in TX, LLC | In the District Court<br>In and For Harris County, Texas<br>80th Judicial District |

**Motion for Judicial Review of Documentation**

According to Marilyn Burgess the Harris County District Clerk Administrative Office Mr. Burger attempted to reinstate cause No. 2020-35780 by initiating a new cause of action for "Filing Fraudulent Liens on Property" and convert the cause number to a MISC Docket; In re: and attempted to add new party P.C.F. Properties in TX, LLC., a Texas limited liability company by filing a case within a case as shown above. which is prohibited. Under the Texas Constitution only the Harris Country District Clerk Marilyn Burgess is authorized to docket new causes of actions and assign judges to a new case in Harris County.  Mr. Burger lacks any authority to initiate a new cause of action and assign his own cause number to a new case or to assign any judge to said new case himself.  **Exhibit** 1.   This case *In re P.C.F. Properties in TX, LLC*, under MISC Docket 2020-35780, does not exist and additionally according to the Texas Secretary of State the entity P.C.F. Properties in TX, LLC., has not legal existence. .  **Exhibit** 2.

All claims, pleadings and the Notice of Removal making any reference to Non-Existence P.C.F. Properties in TX, LLC has been removed on September 9, 2024, the Debtor filed a Amended Notice of Removal [ Doc. 20],  and immediately reinstated the actual parties and case under No. 2020-35780, styled as *James Allen, Robert L. Thomas and Allan Haye vs. PCF Investment Inc its subsidiary PCF Properties in Texas, LLC vs. Elizabeth Thomas; James M. Andersen* and Non-Existent is not named as  party to this case. Because case *In re P.C.F. Properties in TX, LLC* has been removed through an amendment its Motion is Moot.

Additionally, Mr. Burger as made material false or misleading statements before this Court in that James M. Andersen along with the aligned parties are prohibited from removing cases from the Harris County District Court without written permission from the Chief Judge of the Southern District of Texas., On February 8, 2024 the Honorable Judge Alfred H. Bennett U.D.S.J. issued an order in the case styled  as *Robert Thomas et, al., v. PCF Properties in Texas*

*LLC., et al*., Case No. 4:22-cv- 00705, that Andersen was not included as one of the Aligned Litigants. *Id*. Thus, the Court's Order did not apply to him. **Exhibit** 3. Non-Existent P.C.F. Properties in TX, LLC, is not party to this order.

As of the filing of this notice the debtor will file the Amended Notice of Removal with the U.S. Bankruptcy Court of Delaware under case No. 23-10378, and with the U.S. Court of Appeals for the Third Circuit. under case. 24-1979, where the case already presently pending..

Respectfully submitted,

By:/s/*James M. Andersen*
James M. Andersen Pro, Se
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2024 a copy of the foregoing document was served via EMCF Service e-mail and U. S. Mail, postage prepaid, to:

Via: the CM/ECF system
John V. Burger
Barry& Sewart PLLC,
4151 S.W. Frwy Suite 680
Houston, TX 77027

By:/s/*James M. Andersen*