1 | P a g e

UNITED STATES BANKRUPCY COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>         Debtor | Case No. 24-80232<br> Chapter 7 |
| JAMES M. ANDERSEN et al,<br>         *Petitioning Creditors*<br><br>vs.<br><br>**PCF INVESTMENTS INC ITS SUBSIDARY PCF PROPERTIES IN TEXAS LLC.**<br>         *Debtors* | Adversary No. 24-08005 |

**TO THJE CLERK OF COURT**:

   **PLEASE TAKE NOTICE**, that the adversary complaint under case No. 24-08005, has been removed to the U.S. District Court of Delaware a copy of the Removal is attached.

                   Respectfully submitted,

                   /s/ James M. Andersen
                   James M, Andersen
                   Attorney At Law
                   Texas State Bar No. 01165850
                   P. O. Box 58554
                   Webster, Texas 77598-8554
                   Tel. (218)488-2800
                    Fax. (281)480-4851
                    jandersen.law@gmail.com

2 | P a g e

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 10, 2024  a copy of the foregoing document was served via EMCF Service e-mail and U. S. Mail, postage prepaid, to:

Elizabeth Thomas
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com


PCF Properties in Texas LLC
1942 Broadway St Ste 314c
Boulder, CO 80302.
pcfpropertiesintexasllc456@gmail.com

Attorney Alzadia Spires
17515 Spring Cypress Rd #C602
Cypress Texas 77429
Tel: (713) 417-4662
Email: alzadia@spireslawfirm.com

Attorney for  PCF Properties in Texas LLC


By:/s/*James M. Andersen*