IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-80232 |
| JAMES MICHAEL ANDERSEN, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| P.C.F. PROPERTIES IN TX, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-8005 |
| | § | |
| JAMES MICHAEL ANDERSEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO REMAND

On this day, the Court considered P.C.F. Properties in TX, LLC's Motion to Remand (ECF #7) to the Texas State Courts. The Court has reviewed all the exhibits and listened to the arguments of the parties, including the long history of this matter in the 80th Judicial District Court under Cause No. 2020-35780 and the other related matters. The Court concludes that several equitable grounds exist pursuant to 28 U.S.C. Section 1452(b) to remand the case, including the inconsistent representations made by several of the parties at the hearing.

ORDERED that the Court REMANDS this case to the Texas State Courts.

SIGNED 09/10/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge