UNITED STATES DISTRICT COURT
SOUTHERN OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>　　　　　Debtor | Chapter 7<br>Case No. 24-80232 |
| JAMES ALLEN, ALLAN HAYE AND ROBERT L. THOMAS<br>　　　　　Plaintiffs<br>vs.<br><br>PCF INVESTMENTS INC, ITS SUBSIDARY PCF PROPERTIES IN TEXAS LLC<br>　　　　　Defendants<br><br>vs.<br><br>JAMES M. ANDERSEN AND ELIABETH THOMAS<br>　Third Party Defendant | ADV. No. 24-08005 |

**NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL [DOC. NO. 3].**

YOU ARE HEREBY NOTIFIED, that the NOTICE OF REMOVAL [DOCKET ENTRY NO. 3], is hereby withdrawn.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ James M. Andersen
　　　　　　　　　　　　　　　　　James M, Andersen
　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　Texas State Bar No. 01165850
　　　　　　　　　　　　　　　　P. O. Box 58554
　　　　　　　　　　　　　　　　Webster, Texas 77598-8554
　　　　　　　　　　　　　　　　Tel. (218)488-2800
　　　　　　　　　　　　　　　　Fax. (281)480-4851
　　　　　　　　　　　　　　　[jandersen.law@gmail.com](mailto:jandersen.law@gmail.com)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2024, of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, upon counsel of record and upon:

Allan A Haye
4548 NW 6th Ct
Ocala, FL 33475

PCF Properties in Texas LLC, a/k/a PCF Investments Inc.
1942 Broadway St
Ste 314c
Boulder, CO 80302

Elizabeth Thomas
712 H Street NE
#2487
Washington, DC 20002

Robert L Thomas
3400 Cypresswood
Houston, TX 77070

/s/ James M. Andersen
James M, Andersen